PROB 12C
Rev (02/14)

United States District Court
Southern District of Texas
FILED

JUN 3 0 2015

. Clerk of Court

# UNITED STATES DISTRICT COURT
## for the
## Eastern District of Oklahoma

## Petition of Warrant or Summons for Offender Under Supervision

Name of Offender: **Martinez-Ayalla, Luis a/k/a Eduardo Luis Martinez**    Case Number: **CR-12-00094-002-RAW**

Name of Sentencing Judicial Officer: Honorable Ronald A. White

Date of Original Sentence: July 11, 2013

Original Offense: Possession of Controlled Substance with Intent to Distribute

M-15-1053-M

---

Original Sentence: 37 months custody, 3 years supervised release

Type of Supervision: Supervised Release    Date Supervision Commenced: 03/02/2015

Assistant U.S. Attorney: Kyle Waters, AUSA    Defense Attorney: Lance Hopkins

---

### PETITIONING THE COURT

☒ To issue a warrant

☐ To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| Mandatory Condition | The defendant shall not commit another federal, state or local crime. |
| | Should the defendant be deported from the United States after serving the term of imprisonment, you will continue to be subject to this Court's jurisdiction for the 3 year term of supervised release. If, during that period, you should illegally re-enter the United States, you shall be subject to revocation of the term of supervised release. |
| | On or about June 26, 2015, the defendant illegally re-entered the United States at Roma, Texas, which is not a designated port of entry authorized by the Attorney General of the United States, after being previously deported on April 7, 2015. |

PROB 12C
Rev (02/14)

U.S. Probation Officer Recommendation:

The term of supervision should be

☒ Revoked.

☐ Extended for _____ years, for a total term of _____ years.

☐ The conditions of supervision should be modified as follows:

Reviewed and Approved
by: s/Steven B. Brittingham

Supervising U.S. Probation Officer

Respectfully Submitted,
by: s/Kyle B. Shores

U.S. Probation Officer
Date: June 29, 2015

THE COURT ORDERS:

☐ No action.

☒ The issuance of a warrant.

☐ The issuance of a summons.

☐ Other

Dated: June 29, 2015

Ronald A. White
United States District Judge
Eastern District of Oklahoma